IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02745-RPM

TUNNE AHAMED SAID,

    Plaintiff,

v.

TELLER COUNTY,
TELLER COUNTY DETENTION CENTER,
TELLER COUNTY SHERIFF DEPARTMENT,
TELLER COUNTY BOARD OF COMMISSIONERS,
MIKE ENSMINGER, Sheriff of Teller County, in his official and individual capacities,
STAN BISHOP, Undersheriff of Teller County, in his official and individual capacities,
JASON MIKASELL, Detention Commander of Teller County, in his official and individual capacities,
TELLER COUNTY DETENTION SERGEANTS, in their official and individual capacities,
IMMIGRATION AND CUSTOMS ENFORCEMENT ("ICE"),
THOMAS WINKOWSKI, Acting Director of ICE, in his official capacity,
JOHN LONGSHORE, Colorado ICE Field Director, hi his official capacity,
CARL ZABAT, Colorado ICE Enforcement and Removal Operations officer, in his official capacity,
STATE OF COLORADO,
JOHN HICKENLOOPER, Governor State of Colorado, in his official capacity,

    Defendants.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

    Upon review of Plaintiff's Unopposed Motion to Amend Complaint with Consent of Defendants [25], it is

    ORDERED that the motion is granted and the second amended complaint attached thereto is accepting for filing.

    DATED:   January 29th, 2015

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior Judge